Case 12-50038   Doc 36   Filed 09/26/12   EOD 09/26/12 07:19:32   Pg 1 of 2

**SO ORDERED: September 26, 2012.**



_____
Anthony J. Metz III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NICHOLAS JOHN HOETMER | ) | CASE NO. 10-8663-AJM-7A |
| CYNTHIA SUE HOETMER | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| THOMAS A. KRUDY, Chapter 7 Trustee | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | Adversary Proceeding |
| | ) | No 12-50038 |
| | ) | |
| NICHOLAS JOHN HOETMER | ) | |
| | ) | |
| Defendant | ) | |

**JUDGMENT**

The Court has entered its Findings of Fact and Conclusions of Law. In accordance with those Findings and Conclusions, it is hereby ORDERED, ADJUDGED AND DECREED that the 401(k) Loan Repayment (as that term is defined in those

Findings and Conclusions) shall be and hereby is a voidable transfer pursuant to 11 U.S.C. §548(a)(1)(A) and that the sum of $30,022.55 is hereby recoverable from Hoetmer to the estate pursuant to 11 U.S.C. §550.

### # # #

Distribution:
Thomas Krudy, Chapter 7 Trustee
Lucas Sayre/ Paul Gresk, Attorneys for the Trustee
Nathan Gooden, Attorney for Nicholas John Hoetmer, Defendant